# MEMORANDUM CASES.

[Civ. No. 1282.   Second Appellate District.—March 20, 1913.]

J. M. MOYER, Appellant, v. C. J. TAYLOR, Respondent.

TAXATION—TAX-SALES AND TITLES—JUDGMENT AND ORDER AFFIRMED ON authority of *Henderson v. Ward, ante,* p. 520.

APPEAL from a judgment of the Superior Court of Los Angeles County and from an order refusing a new trial. Charles Monroe, Judge.

The facts are similar to those stated in *Henderson v. Ward, ante,* p. 520.

Charles Lantz, and W. J. Wood, for Appellant.

Carter, Kirby & Henderson, for Respondent.

THE COURT.—The facts of this case are similar and the points involved the same as those considered in the case of *Henderson v. Ward,* Civil No. 1279, this day decided, *ante,* p. 520, [132 Pac. 470].   For the reasons given in the opinion filed in that case, the judgment and order denying the motion for a new trial are affirmed

TAXATION—TAX-SALES AND TITLES.—Judgment and order affirmed on authority of *Henderson v. Ward, ante,* p. 520.

